Judgment affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1126.

HERRMAN v. LELAND. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by James S. Herrman against Francis L. Leland. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 App. Div. 934, 136 N. Y. Supp. 1137; 84 Misc. Rep. 82, 145 N. Y. Supp. 972; 164 App. Div. 886, 148 N. Y. Supp. 1120; 149 N. Y. Supp. 1087.

In re HERRMANN. (Supreme Court, Appellate Division, First Department. November 26, 1915.) In the matter of Magdalena Herrmann. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 154 N. Y. Supp. 1126.

HEYMANN, Respondent, v. KAPLAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Lew M. Heymann against Louis Kaplan, impleaded with the 2824 Broadway Corporation. J. G. Abramson, of New York City, for appellant. N. Vidaver, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

H. G. VOGEL CO., Respondent, v. REINHARDT, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by the H. G. Vogel Company against George N. Reinhardt. G. H. Taylor, Jr., of New York City, for appellant. I. M. Wormser, of New York City, for respondent. No opinion. Determination (91 Misc. Rep. 60, 154 N. Y. Supp. 260) affirmed, with costs, and judgment absolute ordered for plaintiff on defendant's stipulation. Order filed.

HICKS, Appellant, v. DELAWARE & HUDSON CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Mary Hicks, as administratrix, etc., of Moses B. Hicks, deceased, against the Delaware & Hudson Company. PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

HILL, Appellant, v. BOND, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Byron Hill against Joseph Bond. No opinion. Judgment unanimously affirmed, with costs.

In re HILTON. (Supreme Court, Appellate Division, First Department. November 26, 1915.) In the matter of Vincent K. Hilton. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

HIRSCH v. SCHILLING. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by David Hirsch against Abraham Schilling. No opinion. Application denied, with $10 costs. Order signed.

HIRSH & SCHOFIELD, Inc., v. GUSMER. (Supreme Court, Appellate Division, First Department, December 3, 1915.) Action by Hirsh & Schofield, Incorporated, against Aage Gusmer. No opinion. Motion denied, with $10 costs. Settle order on notice.

HOBER, Respondent, v. NEW YORK & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Darius Hober, as administrator, etc., against the New York & Pennsylvania Railway Company. PER CURIAM. Judgment and orders affirmed, with costs. ROBSON and FOOTE, JJ., dissent.

In re HODGES' ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the estate of Mattie Hodges, deceased. PER CURIAM. Motion to be relieved from default in giving undertaking denied, and motion to dismiss appeal granted, unless appellant give the required undertaking, file and serve the printed record on appeal, signed and settled by the surrogate, file and serve printed briefs on appeal, pay to respondent's attorney $20, and stipulate to argue the appeal on October 18, 1915, all within 10 days after service of a copy of this order, with notice of entry.

HOFFMAN v. BOGART. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Daniel Hoffman against Ralph Bogart. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 155 N. Y. Supp. 1113.

HOFFMAN, Respondent, v. BOGART, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Daniel Hoffman against Ralph Bogart. J. Bogart, of New York City, for appellant. J. A. Whitehorn, of Brooklyn, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1113.

HOLLOWAY v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Annie Holloway against the Metropolitan Life Insurance Company. No opinion. Motion granted, with $10 costs. Order filed. See, also, 90 Misc. Rep. 697, 154 N. Y. Supp. 194.

HOLMES et al. v. CAMP et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Robert Holmes and others against Hugh N. Camp, Jr., and others. No opinion. Motion granted; question certified. Order filed. See, also, 168 App. Div. 688, 154 N. Y. Supp. 513.

HOLMES et al. v. SMITH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Robert Holmes and others against Edward C. Smith, impleaded with others. No opinion. Motion granted; question certified. Order filed. See, also, 168 App. Div. 685, 154 N. Y. Supp. 517.